AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2026

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| CARLOS MUNOZ-LUIS | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| PASCO POLICE DEPARTMENT, et al. | |
| *Defendant* | |

Civil Action No.   4:26-cv-5005-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 21, is GRANTED.
Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   EDWARD F. SHEA

Date:  6/24/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*